# In the United States Court of Federal Claims

No. 07-003C
(Filed: April 13, 2007)

| | |
|---|---|
| LINDA A. STOCUM, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On April 13, 2007, plaintiff filed an unopposed motion for enlargement of time to file the Joint Preliminary Status Report ("JPSR"). Plaintiff represents that an enlargement is necessary to allow the parties to complete their discussions regarding the JPSR. Further, plaintiff's counsel represents that defendant does not oppose this motion. Therefore, the court **GRANTS plaintiff's unopposed motion for enlargement of time**. **The parties shall file their JPSR no later than Tuesday, May 8, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge