IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LINDA A. STOCUM, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-03C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to RCFC 41 (a)(1)(ii), the parties stipulate to the partial dismissal of certain claims asserted in this action pursuant to, and in accordance with, the terms of a partial settlement agreement entered into by the parties on June 28, 2007.

The claims encompassed by the above-referenced partial settlement agreement and by this stipulation of partial dismissal are plaintiffs' claims for compensation under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), based upon employment by the Drug Enforcement Administration in non-supervisory diversion investigator positions at grades GS-9 through GS-13 within OPM occupational series 1801 and 1810.

The partial settlement agreement and this stipulation do not cover plaintiffs' FLSA claims for the time solely spent driving a Government vehicle between home and work, or claims based upon employment in positions and at agencies other than those identified above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: 6/29/07

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: 6/28/07

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 29th day of June 2007, a copy of the foregoing "STIPULATION OF PARTIAL DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein