# In the United States Court of Federal Claims

No. 07-003 C
(Filed: February 12, 2008)

| | |
|---|---|
| LINDA A. STOCUM, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

Pursuant to the court's May 15, 2007 order, the parties filed a joint status report on February 11, 2008. The Clerk of the Court noted one deficiency with respect to the parties' filing: the signatures for plaintiff's counsel were not signed by the attorney of record but rather indicate that the filing was signed on their behalf.

**Accordingly, the court directs the Clerk to file the parties' joint status report by its leave.** The parties' joint status report advises that plaintiffs' Petition for Writ of Certiorari in Stephen S. Adams, et al. v. United States, No. 07-116 (July 27, 2007), was denied. By no later than **Friday, February 29, 2008**, the parties shall file a joint status report proposing further proceedings (if appropriate) in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge