IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LINDA A. STOCUM,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 07-03C<br>(Judge Margaret M. Sweeney) |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on February 12, 2008, plaintiff and defendant respectfully submit the following joint status report:

1. On June 29, 2007, the parties entered into partial settlement agreements resolving certain claims in this case as set forth in their Stipulation of Partial Dismissal ("Stipulation") filed herein on June 29, 2007. As set forth in the Stipulation, the partial settlement agreements do not cover plaintiffs' claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., for the time solely spent driving a Government vehicle between home and work or claims based upon employment in positions at agencies other than the Drug Enforcement Administration.

2. The parties anticipate resolving the plaintiff's claims for back pay for driving to and from work in a Government vehicle through dispositive motions. Plaintiff believes that discovery will be necessary regarding plaintiff's back pay claims for driving to and from work in a Government vehicle. Defendant believes that discovery concerning plaintiff's claim for driving time is unwarranted and an undue burden, that this claim is controlled by Adams v. United States, 471 F.3d

1321 (Fed. Cir. 2006), cert. denied, 128 S.Ct. 866 (2008), and that, under this controlling precedent, plaintiff's driving claim should be dismissed as a matter of law.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: February 29, 2008

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: February 29, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 29th day of February 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**