# In the United States Court of Federal Claims

No. 07-003 C
(Filed: March 10, 2008)

| | |
|---|---|
| LINDA A. STOCUM, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On May 15, 2007, the court stayed proceedings in this case pending settlement negotiations and the appeal in Adams v. United States, 471 F.3d 1321 (Fed. Cir. 2006), cert. denied, 128 S. Ct. 866 (2008). After the United States Supreme Court denied petitioner's writ of certiorari in Adams, the parties advised the court in their February 29, 2008 joint status report that they anticipate resolving plaintiff's claims for back pay for driving to and from work in a government vehicle through dispositive motions. The parties also indicated differing positions as to the necessity of discovery.

**Accordingly, the court's May 15, 2007 order staying proceedings is LIFTED.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge