# In the United States Court of Federal Claims

No. 07-003 C
(Filed: March 7, 2008)

```
************************************
LINDA A. STOCUM,                   *
                                   *
                 Plaintiff,        *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
                 Defendant.        *
************************************
```

**ORDER**

On February 29, 2008, the parties filed a joint status report. The parties represent that they anticipate resolving plaintiff's claims for back pay for driving to and from work in a government vehicle through dispositive motions. The parties disagree over the need for discovery, which plaintiff states will be necessary. Defendant adopts the position that discovery is unwarranted and constitutes an undue burden. It believes that plaintiff's claim is controlled by Adams v. United States, 471 F.3d 1321 (Fed. Cir. 2006), cert. denied, 128 S. Ct. 866 (2008), and should be dismissed as a matter of law.

**Accordingly, if plaintiff seeks discovery in this matter, then plaintiff should file an appropriate motion, to which defendant will have an opportunity to respond, no later than Friday, March 14, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge