# In the United States Court of Federal Claims

No. 07-003 C
(Filed: June 27, 2008)

************************************
LINDA A. STOCUM, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On June 26, 2008, plaintiff filed her Opposition to Defendant's Motion for Judgment on the Pleadings, Dismissing the Claims Remaining to be Adjudicated ("opposition"). The Clerk of the Court noted the following deficiency with plaintiff's opposition: it does not conform to the requirements set forth in RCFC 5.3(a)(2). **Accordingly, the Clerk of the Court is directed to strike plaintiff's opposition, document #28. Plaintiff shall refile an opposition brief that complies with the rules of this court by no later than Wednesday, July 2, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge