# In the United States Court of Federal Claims

No. 07-003 C
(Filed: July 1, 2008)

```
***********************************
LINDA A. STOCUM,                  *
                                  *
                 Plaintiff,       *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**ORDER**

On June 30, 2008, plaintiff filed her Opposition to Defendant's Motion for Judgment on the Pleadings, Dismissing the Claims Remaining to be Adjudicated ("opposition"). The Clerk of the Court noted that plaintiff's opposition does not contain an index to the accompanying exhibit as required by RCFC 5.3(a)(2). Because only one exhibit is appended to plaintiff's opposition, the court finds that this deficiency is harmless. **Accordingly, the Clerk of the Court is directed to file plaintiff's opposition, document #30, by leave of the court.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge