# In the United States Court of Federal Claims

No. 07-003 C
(Filed: August 26, 2008)

************************************
LINDA A. STOCUM, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On August 25, 2008, defendant filed a Motion to Stay Briefing and Other Proceedings Concerning Plaintiff's Motion for Partial Summary Judgment Regarding the "Driving Time" Issue ("motion"). In its motion, defendant requests that proceedings on plaintiff's motion for partial summary judgment be stayed pending the disposition of defendant's motion for judgment on the pleadings, which was fully briefed in July 2008, "for the sake of efficiency and judicial economy." Def.'s Mot. 1. Defendant notes that in the event the court grants defendant's motion for judgment on the pleadings, plaintiff's motion for partial summary judgment would be moot, thereby obviating the need for defendant to file a response. Moreover, defendant argues that plaintiff could have–but did not–file a cross-motion for summary judgment in its response to defendant's motion for judgment on the pleadings. As such, defendant characterizes plaintiff's motion for partial summary judgment as taking "a second bite at the apple by filing another brief–this time accompanied by ostensibly pertinent evidence–concerning the same issues raised in our motion." Id. at 2.

Plaintiff's response to the instant motion is due September 11, 2008; however, defendant's response to plaintiff's motion for partial summary judgment is due September 2, 2008. Given these current response deadlines, the court temporarily stays briefing on plaintiff's partial motion for summary judgment solely for the purpose of permitting the parties to fully brief and the court to adjudicate defendant's instant motion. Contemporaneous with its ruling on the instant motion, the court will enter a revised briefing schedule, if necessary.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge